IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CRIMINAL NO. 5:17-00113-07

LETINA CARTER,

    Defendant.

## MEMORANDUM OPINION AND ORDER

Pending before the court is the government's motion to continue the trial date. (ECF No. 501). In support of the motion, the United States avers that it has made a preliminary determination that defendant is a candidate for the pretrial diversion program. Additional time is required for the Probation Office to investigate defendant's suitability for that program. Defendant does not object to a continuance of the trial. 18 U.S.C. § 3161(h)(2) excludes from the Speedy Trial Clock "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct." Deeming it proper to do so, the court **GRANTS** the motion to continue.

Accordingly, the court **ORDERS** as follows:

    I.    Trial of this action is continued until **Wednesday, May 9, 2018, at 9:30 a.m.**, in Bluefield.

    II.   Pursuant to 18 U.S.C. § 3161(h)(2), the time from the filing of the motion to continue until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

It is **SO ORDERED** this 30th day of March, 2018.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge