IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         CRIMINAL NO. 5:17-00113-07

LETINA CARTER,

    Defendant.

## MEMORANDUM OPINION AND ORDER

On March 30, 2018, the court continued the trial of this matter in order to allow the probation office sufficient time to assess defendant's suitability for the pretrial diversion program. The probation office has informed the court that its assessment is almost complete and that defendant will likely be an appropriate candidate for pretrial diversion. Accordingly, the court hereby **SCHEDULES** a pretrial diversion hearing for Tuesday, May 22, 2018, at 11:00 a.m., in Bluefield. The court further **ORDERS** as follows:

    I.    Trial of this action is continued until **Tuesday, May 29, 2018, at 9:30 a.m.**, in Bluefield.

    II.   Pursuant to 18 U.S.C. § 3161(h)(2), the time from this Order until the trial is excludable for purposes of the Speedy Trial Act.[*]

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal

---

[*] 18 U.S.C. § 3161(h)(2) excludes from the Speedy Trial Clock "[a]ny period of delay during which prosecution is deferred by the attorney for the Government pursuant to written agreement with the defendant, with the approval of the court, for the purpose of allowing the defendant to demonstrate his good conduct."

for the Southern District of West Virginia, and the Probation Office of this court.

It is **SO ORDERED** this 1st day of May, 2018.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge

2