```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BECKLEY
```

UNITED STATES OF AMERICA

v.                                      CRIMINAL NO. 5:17-00113-07

LETINA CARTER

## MEMORANDUM OPINION AND ORDER

On May 23, 2018, the defendant appeared in person and by counsel, Abraham J. Saad; the United States appeared by Timothy D. Boggess, Assistant United States Attorney; and Matthew Lambert, Supervisory United States Probation Officer, appeared for a hearing to consider a pretrial diversion agreement entered into by the parties. The court approved the pretrial diversion agreement. Accordingly, the court **ORDERS** the pretrial diversion agreement be filed in this matter.

The Clerk is directed to send a copy of this Memorandum Opinion to counsel of record and to the Probation Office of this court.

IT IS SO ORDERED this 17th day of September, 2018.

ENTER:

/s/ David A. Faber
David A. Faber
Senior United States District Judge